NUMBER 13-09-00566-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________
 
IN RE THE MATTER OF THE MARRIAGE OF 
LEONEL VILLARREAL CANTU AND CLAUDIA VILLARREAL CANTU
____________________________________________________________

On Petition for Writ of Mandamus.
____________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam




          On October 9, 2009, relator, Leonel Villarreal Cantu, filed a petition for writ of
mandamus, a “Request for Emergency Temporary Relief,” and a “Motion to File Appendix
Under Seal.” That same day, the Court granted the request for emergency temporary relief
and the motion to file appendix under seal, and requested that the real party in interest file
a response to relator’s petition for writ of mandamus. Relator has now filed a motion to
dismiss this original proceeding. According to the motion to dismiss, the parties have
compromised and settled their differences. 
          The Court, having considered the documents on file and relator’s motion to dismiss
this original proceeding, is of the opinion that the motion should be granted. Accordingly,
the stay previously imposed by this Court is LIFTED and this original proceeding is
DISMISSED without reference to the merits thereof.
          IT IS SO ORDERED. 
                                                                                      PER CURIAM
 
Delivered and filed the 29th
day of December, 2009.